**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01695-CV

**ASHLEY BRIGHAM PATTEN, ET AL., Appellants**

**V.**

**M. BRETT JOHNSON, ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02006**

## ORDER

The Court has before it appellants' July 8, 2013 motion for extension of time. The Court

**GRANTS** the motion and **ORDERS** that any reply brief be filed by July 18, 2013.

/s/ ELIZABETH LANG-MIERS
JUSTICE